ACCEPTED
14-14-00947CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 2:00:35 PM
CHRISTOPHER PRINE
CLERK

14-14-00947-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 2:00:35 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FOURTEENTH COURT OF APPEALS,

HARRIS COUNTY TEXAS

---

MARIANN BACHARACH, Appellant

V.

JOHN DOE, Appellee

Appeal from County Court at Law Number Two, Harris County, Texas

---

MOTION TO CONTEST

INDIGENCY

---

Eric Dick

Texas Bar No. 24064316

4325 Tulsa

Houston, Texas  77092

Tel. (832)207-2007

Fax (713)893-6931

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

**NOW COMES** JOHN DOE, hereinafter Plaintiff, and files this Motion to Contest Indigency Affidavit by Defendant and in support hereof, shows the court the following:

I.

Defendant does not qualify for Indigency status and Plaintiff request that a hearing be held to ascertain Defendant's status. Defendant's Indigency Affidavit is untimely and in violation of Texas Rules of Appellate Procedure (TRAP) 20.1(C)1. An appellate must file an Affidavit of Indigence in the trial court with or before the Notice of Appeal. Defendant filed her Notice of Appeal on November 10, 2014, and did not file her Indigent Affidavit until December 16, 2014. The Defendant is a professional litigant and has previously represented herself in other cases for the past decades. Defendant has not been completely candid with the Court with numerous income at her disposal.

II.

1. Defendant, Mariann Bacharach, has an internet store called Magic Number Market with thousands of dollars in merchandise.

2. She has sold thousands of dollars in merchandise, according to her pleadings in Hidalgo County, this year alone and has failed to include that in her affidavit and has failed to declare said income to the Texas

Department of Health and Human Services.

3. She accepts money through PAYPAL, in her name or other associates, and all major credit cards including Visa, MasterCard, American Express, and Discover.

4. She has stock accounts.

5. Additionally, Defendant has a website www.Lexinevi.com where she creates and sells websites starting at $39.00 to $790.00.

6. She has a hate site named www.Thuglaw.com and sells ads on said site.

7. She has a gofundme.com fund, where she has access to different funds.

8. Defendant also has EBay stores where she collects money for different goods sold.

9. Defendant also has purchased gift cards in which she uses to store her income. She has received money through Western Union via MoneyGram and has had numerous cash payments made to her directly.

10. She is also an owner and driver of a Mercedes Benz vehicle.

11. She pays for different Post Office Boxes and different websites.

12. She has numerous cellular phone accounts with the newest iPhone and Apple computers.

13. She has had money to hire two different law firms. She has hired Diana E. Sims (Bar No. 24013517) on a criminal case and has hired Trent

Gaither (Bar No. 07572550) to represent her in a civil case. She has paid thousands of dollars to both attorneys within the past twelve months.

14. She has the financial means to travel 350 miles to South Texas by either plane or car. She has also had the ability to pay for room and board while there.

15. She has the ability to ask for money and loans from at least one lawyer in Houston, Texas, who appears to have funded some of her case.

16. Additionally, she has a benefactor in the State of Utah who has provided her with thousands of dollars in living expenses.

Respectfully submitted,
By: /s/Eric B. Dick
Eric Dick
Texas Bar No. 24064316
4325 Tulsa
Houston, Texas 77092
Tel. (832)207-2007
Fax (713)893-6931
ebdick@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on January 29, 2015, a true and correct copy of Response to Motion to Contest Indigency was served to each person listed below by the method indicated.

/s/Eric B. Dick
Eric Dick

Mariann Bacharach
PO Box 8217
Houston, TX 77288

CRMM No.: 7012 3460 0002 6429 2558